UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21781-JLK

MARTHA CUEVAS,

    Plaintiff,

v.

SWIFT AIR, LLC, a foreign limited liability
company and AEROTECH MIAMI, INC.
d/b/a/ IAERO AIRWAYS, a Florida
corporation for profit,

    Defendants.
_____/

## ORDER DIRECTING DEFENDANT TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

On June 9, 2022, Defendants removed the above-referenced action to this Court. DE 1. The Court has reviewed the Notice of Removal, Civil Cover Sheet, and docket. Defendants do not state the estimated length of trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Defendants shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of June, 2022.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record