# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:22-cv-21781-DPG

| | |
|---|---|
| MARTHA CUEVAS,<br><br>      Plaintiff,<br><br>v.<br><br>SWIFT AIR, LLC, a foreign limited liability company and AEROTECH MIAMI, INC. d/b/a/ IAERO AIRWAYS, a Florida corporation for profit,<br><br>      Defendants. | Assigned to the Honorable<br>Judge Darrin P. Gayles |

## JOINT STIPULATION TO STAY THE MATTER AND COMPEL ARBITRATION

Plaintiff Martha Cuevas and Defendant Swift Air, LLC, by and through counsel undersigned, hereby jointly request and stipulate to stay this matter and compel arbitration. In light of the valid and enforceable Arbitration Agreement that exists between the parties, *see* Doc. 9-1, Pages 10-16, the parties agree that arbitration is the appropriate venue for this matter and respectfully request that the matter be stayed pending the results of arbitration. By making this stipulation, Defendant Swift Air in no way intends to waive any defenses to the matter, including but not limited to defenses raised in its previously filed Motion to Dismiss.

Date: July 12, 2022

                              Respectfully submitted,

                              By: */s/ Daniel L. Abbott*
                                  Daniel L. Abbott, Esq.
                                  Florida Bar No. 767115
                                  dabbott@wsh-law.com
                                  Weiss Serota Helfman Cole & Bierman, P.L.
                                  200 East Broward Boulevard, Suite 1900
                                  Fort Lauderdale, Florida 33301
                                  Telephone: (954) 763-4242

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

            Telecopier: (954) 764-7770

            *Counsel for Defendants*

By: */s/John Alan Doran*
   John Alan Doran, Esq.
   Arizona Bar No. 012112
   (Admitted Pro Hac Vice)
   jdoran@shermanhoward.com
   Lori Wright Keffer, Esq.
   Arizona Bar No. 028144
   (Admitted Pro Hac Vice)
   lkeffer@shermanhoward.com
   Sherman & Howard L.L.C.
   2555 E. Camelback Road, Suite 1050
   Phoenix, Arizona 85016
   Telephone: (602) 240-3000
   Facsimile: (602) 240-6600

*Counsel for Defendant Swift Air*

By: */s/ Javier A. Basnuevo*
   Javier A. Basnuevo, Esq.
   Florida Bar No. 100509
   basnuevo@robertspa.com
   Roberts, P.A.
   113 Almeria Avenue
   Coral Gables, Florida 33134
   Telephone: (305) 442-1700
   Fax: (305) 442-2559

*Counsel for Plaintiff Martha Cuevas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2022, I electronically filed the foregoing Joint Stipulation to Stay the Matter and Compel Arbitration with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: July 12, 2022.

            Respectfully submitted,

By: */s/ Daniel L. Abbott*
   Daniel L. Abbott, Esq.
   Florida Bar No. 767115
   dabbott@wsh-law.com
   Weiss Serota Helfman Cole & Bierman, P.L.

200 East Broward Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 763-4242
Telecopier: (954) 764-7770

*Counsel for Defendants*

55076357.1

## SERVICE LIST

## CIRCUIT CIVIL NO. CASE NO.: 2021-022220-CA-01

**Daniel L. Abbott, Esq.**
dabbott@wsh-law.com
Weiss Serota Helfman Cole & Bierman, P.L.
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 763-4242
Telecopier: (954) 764-7770
*Counsel for Defendants*

**John Alan Doran, Esq.**
Arizona Bar No. 012112
(Admitted Pro Hac Vice)
jdoran@shermanhoward.com
**Lori Wright Keffer, Esq.**
Arizona Bar No. 028144
(Admitted Pro Hac Vice
lkeffer@shermanhoward.com
Sherman & Howard L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
Facsimile: (602) 240-6600
*Counsel for Defendants*

*Javier A. Basnuevo, Esq.*
basnuevo@robertspa.com
Roberts, P.A.
113 Almeria Avenue
Coral Gables, Florida 33134
Telephone: (305) 442-1700
Fax: (305) 442-2559
*Counsel for Plaintiff*

55076357.1